**\*\* E-filed February 3, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | No. C11-02251 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| VH MCKEE LLC, SAVY KEO dba GOLDEN JEWELRY & GIFT SHOP; et al.., | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Accordingly, any pending case management deadlines have been vacated.

All parties shall appear on **March 13, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **March 6, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  **C11-02251 HRL Notice will be electronically mailed to:**

2  Tanya Eugene Moore           tanya@moorelawfirm.com
   K. Randolph Moore
3  Jingming James Cai           jcai@sacattorneys.com
   Kelli E. George              kelli.george@thehartford.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

2